UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:14-CR-75-1FL

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| RACHEL RENEE MORRIS | |

On motion of the Defendant, Rachel Renee Morris, and for good cause shown, it is hereby ORDERED that the Document at Docket Entry #67 be sealed until further notice by this Court, except that copies may be provided to the Assistant United States Attorney, Counsel for the Defendant, and the United States Probation Officer.

IT IS SO ORDERED.

This 15th day of October, 2015.

_____
LOUISE WOOD FLANAGAN
United States District Judge